UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CAPITALPLUS EQUITY, LLC,                        )
                                                )
                Plaintiff/Counter-Defendant,    )
                                                )
v.                                              )        No. 3:18-CV-10-CEA-HBG
                                                )
THE ESPINOSA GROUP, INC., JUAN                  )
ESPINOSA, CAROL ESPINOSA, MICHAEL               )
ESPINOSA, and JAMIJU, LLC,                      )
                                                )
                                                )
                Defendants/Counter-Plaintiffs.  )

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the Court via telephone on March 30, 2021, for an informal discovery dispute conference. Attorney W. Morris Kizer appeared on behalf of Plaintiff. Attorneys Arthur Knight, Chris Mazaway, and Richard Mazaway appeared on behalf of Defendants. Specifically, Plaintiff stated that it served Defendants with its Second Requests for Production of Documents on February 16, 2021, and its First Set of Interrogatories (collectively, "Discovery Requests") on February 18, 2021. Plaintiff stated that Defendants' responses were due on March 18 and 20, respectively. Plaintiff did not receive Defendants' responses to the Discovery Requests, and Plaintiffs' attempts to communicate with Defendants about the status of their responses were not successful.

In addition, Plaintiff stated that it served its Third Request for Production of Documents on March 18, 2021, requesting "all financial statements" of The Espinosa Group, Inc., after

learning that it did not file any income tax returns after 2015. Plaintiff requested [Doc. 175] that Defendants respond to its Third Request for Production of Documents on or before April 3, 2021, which is the date that Defendants' supplemental production is required pursuant to the Court's Order [Doc. 172]. During the telephone conference, Defendants stated that they needed additional time to respond to the above discovery requests because they have encountered health issues.

Accordingly, the Court **ORDERS** Defendants to respond to the Discovery Requests on or before **April 9, 2021.** In addition, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion to Shorten Time for the Defendants' Response to Plaintiff's Third Request for Production of Documents [**Doc. 175**]. The Court **ORDERS** Defendants to respond to the Third Request for Production of Documents on or before **April 15, 2021**. The Court **ADMONISHES** Defendants that the failure to timely respond to the above discovery requests may warrant sanctions. *See* Fed. R. Civ. P. 37(b)(2)(A)(i)-(vii).

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

2